IN THE CIRCUIT COURT OF MARION COUNTY

STATE OF MISSOURI

| | |
|---|---|
| ROGER SUTTER, ) | |
| ) | |
| Plaintiff, ) | Cause No. _____ |
| ) | |
| v. ) | |
| ) | |
| BRASSCRAFT MANUFACTURING ) | |
| COMPANY, ) | |
| ) | |
| Serve at: The Corporation Company ) | |
| 40600 Ann Arbor Rd East, ) | **JURY TRIAL DEMANDED** |
| Suite 201 ) | |
| Plymouth, MI 48170 ) | |

## PETITION

Plaintiff, ROGER SUTTER, by and through undersigned counsel, hereby files his Petition for property damage against Defendant, BRASSCRAFT MANUFACTURING COMPANY, as follows:

1. Plaintiff is the owner of a hog farm located at 8203 County Road 346, Taylor, MO 63471.

2. Defendant is a manufacturing company registered in Michigan but conducting business in Missouri.

3. Defendant manufactured a gas appliance connector (GAC) which was used in the gas piping system at the subject hog farm.

4. The GAC was designed and marketed as being resistant to damage by lightning strike.

5. On April 7, 2021, lightning struck the farm's gas piping system, causing the GAC to fail.

6. The failure of the GAC lead to a gas leak which caused a fire that severely damaged the Plaintiff's property and led to the death of 30 hogs.

7. The damages sustained by Plaintiff as a result of the fire totals $1,675,187.56.

### COUNT I – STRICT LIABILITY

8. Plaintiff reincorporates paragraphs 1-6 as if stated in full herein.

9. Defendant was the manufacturer of the subject GAC.

10. The subject GAC was intended to withstand lightning strikes.

11. Due to manufacturing errors on the part of Defendant, the GAC failed when hit by lightning.

12. As such, the GAC was in an unreasonably dangerous and defective condition when it was sold to Plaintiff.

13. As a direct result of the defect in the GAC, a fire was ignited which damaged Plaintiff's property and killed Plaintiffs hogs.

14. As Defendant manufactured an unreasonably dangerous, defective GAC which directly led to the damages sustained by Plaintiff, Defendant is strictly liable for said damages.

WHEREFORE, Plaintiff hereby prays this court enter judgment against Defendant in the amount of $1,675,187.56.

### COUNT II – NEGLIGENCE

15. Plaintiff reincorporates paragraphs 1-6 as if stated in full herein.

16. Defendant was the manufacturer of the subject GAC.

17. The subject GAC was intended to withstand lightning strikes.

18. The subject GAC failed when hit by lightning on April 7, 2021, leading to the subject fire.

19. Defendant negligently caused or contributed to cause the subject fire by:

   a. Failing to properly test the subject GAC;

   b. Selling a product that was unfit for its intended use;

   c. Selling a defective product.

20. As a direct result of Defendant's negligence, Plaintiff suffered fire damage to his property and his livestock.

21. As Defendant's negligence led directly to the damages sustained by Plaintiff, Defendant is liable for said damages.

WHEREFORE, Plaintiff hereby prays this court enter judgment against Defendant in the amount of $1,675,187.56.

**LAW OFFICE OF PAMELA W. BROWN**

_____
JOHNATHON BRERETON-HUBBARD, #58616
3636 S. Geyer Rd, Suite 250
St. Louis, MO 63127
(Phone) 314-835-5656
(Fax)1-866-421-3335
breretj@nationwide.com

Attorney for Plaintiff