**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**NORTHERN DIVISION**

| | |
|---|---|
| **ROGER SUTTER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **No. 2:22-CV-00065-PLC** |
| ) | |
| **BRASSCRAFT MANUFACTURING** ) | |
| **COMPANY,** ) | |
| ) | |
| **Defendant.** ) | |

**ORDER OF DISMISSAL**

In accordance with the Plaintiff's "Stipulation for Dismissal with Prejudice" [ECF No. 55], Plaintiff's complaint is dismissed with prejudice, each party to bear its own costs and attorney fees. See Fed. R. Civ. P. 41(a)(2)

_____
PATRICIA L. COHEN
UNITED STATES MAGISTRATE JUDGE

Dated this 19th day of December, 2023

1